# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

TOMECA CHARMAIN DENWIDDIE,

                Plaintiff,

v.

STEPHEN J. MUELLER, LOUIS J. AGUILAR, GLEN R. HALBERSTADT, and EDWARD F. IDE,

                Defendants.

Case No. 18-CV-601-JPS

**ORDER**

On May 14, 2018, Plaintiff filed a letter discussing amendment of her complaint. (Docket #8). The desired amendments focused on her allegations regarding damages as well as adding some new defendants. *Id.* The letter was not accompanied by a proposed amended complaint. The Court denied the motion the next day. (Docket #9). The Court informed Plaintiff that she could not amend her complaint via a letter. *Id.* at 2. According to Federal Rule of Civil Procedure 15 and the case law of this Circuit, complaints cannot be amended in a piecemeal fashion. *Id.*; *see Duda v. Bd. of Educ. of Franklin Park Pub. Sch. Dist. No. 84*, 133 F.3d 1054, 1056–57 (7th Cir. 1998). The Court specifically instructed Plaintiff that if she "wishes to amend her complaint, she must file a motion requesting leave to do so, and her proposed amended complaint must be attached to that motion." *Id.*

Plaintiff did not heed that advice. On June 28, 2018, she filed another letter seeking the nearly same amendments to her complaint discussed in the prior letter. (Docket #19). As before, no amended complaint was attached to the letter. For the reasons stated in the Court's May 15 order,

this second request to amend must be denied. Plaintiff's June 28 letter further mentions that she wants a "change of judge to rule over [her] case." *Id.* at 2. This request must also be denied. Litigants in federal court cannot ask to have a different judge assigned to their case based solely on their whim.

Accordingly,

**IT IS ORDERED** that Plaintiff's second motion to amend her complaint (Docket #19) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 29th day of June, 2018.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge